UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ROXANI AMIRIDIS,

                                                              21 Civ. 709 (LDH)(PK)

                                    Plaintiff,


         -against-

THE AIRLINE RESTAURANT CORP., JAMES
MESKOURIS and PETER MESKOURIS,

                                    Defendants.
------------------------------------------------------------------------X

## STIPULATION AND ORDER OF DISMISSAL

         IT IS HEREBY STIPULATED that all claims in this action have been discontinued and

are hereby dismissed with prejudice, without costs to any party against any other. This Stipulation

may be filed with the Court without further notice to any party.

Dated: New York, New York
          December 28, 2021


For the Plaintiff:                              For the Defendants:
JOSEPH & KIRSCHENBAUM LLP                        FRANKLIN, GRINGER & COHEN, P.C.


_____                          _____
Denise A. Schulman                               Steven E. Cohen
32 Broadway, Suite 601                           666 Old Country Road, Suite 202
New York, NY 10004                               Garden City, NY 11530